## ERIC PLOURDE *v.* COMMISSIONER OF MOTOR VEHICLES
### (14524)

O'Connell, Lavery and Landau, Js.

Submitted on briefs February 13—decision released March 5, 1996

*Robert J. McKay* and *Gregory A. Thompson* filed a brief for the appellant (plaintiff).

*Richard Blumenthal*, attorney general, and *Robert T. Morrin*, assistant attorney general, filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.